# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 14, 2013

No. 12-30484
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GANNON JOHNSON, also known as Gannon V. Johnson,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:03-CR-298-1

Before BENAVIDES, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Gannon Johnson, federal prisoner # 28370-034, appeals the denial of a motion for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2). He argues that the district court erred in determining that he is a career offender ineligible for a reduction of sentence pursuant to Sentencing Guidelines Amendment 750.

The district court did not err in concluding that Johnson is a career offender. *See United States v. Jones*, 596 F.3d 273, 275-77 (5th Cir. 2010). As

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

such, he is not eligible for relief under Amendment 750. *See United States v. Anderson*, 591 F.3d 789, 791 (5th Cir. 2009); *see also*, *Dillon v. United States*, 130 S. Ct. 2683, 2691 (2010).

AFFIRMED.